**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:11-cv-05259 |
| WILLIAM A. MAROVITZ | ) ) | Honorable John W. Darrah |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Plaintiff Securities and Exchange Commission ("Commission") hereby moves as follows:

1. The Commission has reached a settlement with Defendant William A. Marovitz ("Marovitz"). As reflected in the agreed Final Judgment that the Commission attaches as Exhibit 1 to this motion, the settlement would include, among other terms and conditions, liability for Marovitz to pay disgorgement of $100,952.40, together with prejudgment interest thereon in the amount of $34,235.83, and a civil penalty in the amount of $33,163.90, for a total of $168,352.13.

2. The Consent of the Defendant, entered into in conjunction with the settlement, is attached as Exhibit 2 hereto.

3. Entry of the agreed Final Judgment will completely resolve this matter.

WHEREFORE, Plaintiff Securities and Exchange Commission respectfully requests that the Court grant its motion, enter the agreed Final Judgment with respect to Defendant Marovitz, attached as Exhibit 1 hereto, and grant such other further relief as the Court deems just and proper.

Respectfully Submitted,

/s/ Amy Flaherty Hartman
James A. Davidson (Illinois Bar No. 6206786)
Amy Flaherty Hartman (Illinois Bar No. 6274926)
Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, IL 60604
Tel.: 312-886-1457
Fax : 312-353-7398

Date: August 3, 2011